

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2013

No. 04-13-00622-CV

**IN THE INTEREST OF S.C., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00414
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's September 9, 2013 order terminating appellant's parental rights. Appellant filed a notice of appeal, which was deemed filed September 9, 2013. *See* TEX. R. APP. P. 27.1(a). Accordingly, the reporter's record was due September 19, 2013. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record has not been filed.

We **order** the court reporter, Angie R. Jimenez, to file the clerk's and reporter's records by **October 4, 2013**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to give the reporter immediate notice of this order and to serve a copy of the order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2013.

_____
Keith E. Hottle
Clerk of Court